United States Bankruptcy Court
Northern District of Alabama

In re:  
Tanya C. Copeland  
    Debtor

Case No. 20-00753-DSC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1126-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 26, 2021     Form ID: van124     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanya C. Copeland, 408 Fairfax Dr # 7, Fairfield, AL 35064-1006 |
| 10379462 | | AmeriFinancial Solutions, ATTN: Bankruptcy Dept, PO Box 65018, Baltimore, MD 21264-5018 |
| 10379464 | + | Check Depot, 117 Gemini Circle, #416, Birmingham, AL 35209-5850 |
| 10379467 | + | Easy Money - Corporate Office, Legal Department, P.O. Box 3544, Dublin, OH 43016-0269 |
| 10379468 | + | Friedman Real Estate Management, Chateau Glen Oak Apartments, 408 Fairfax Dr, Fairfield, AL 35064-1078 |
| 10379472 | + | US Attorney, 1801 4th Ave N, Birmingham, AL 35203-2101 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10384486 | + | Email/Text: G2APCBANK@southernco.com | Jan 27 2021 02:42:00 | ALABAMA POWER COMPANY, ATTN: BARBARA J RICE, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 10379463 | | EDI: ATTWIREBK.COM | Jan 27 2021 05:23:00 | AT&T Services, Inc., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 10379461 | + | Email/Text: G2APCBANK@southernco.com | Jan 27 2021 02:42:00 | Alabama Power Company, 600 N 18th St / 4S-1135, Birmingham, AL 35203-2200 |
| 10432390 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 03:00:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10379465 | + | EDI: CONVERGENT.COM | Jan 27 2021 05:23:00 | Convergent Outsourcing, Inc, 800 SW 39th Street Ste 100, PO Box 9004, Renton, WA 98057-9004 |
| 10379466 | + | EDI: CMIGROUP.COM | Jan 27 2021 05:23:00 | Credit Management LP, 6080 Tennyson Pkwy Ste 100, Plano, TX 75024-6002 |
| 10386739 | | EDI: DIRECTV.COM | Jan 27 2021 05:23:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 10379471 | + | EDI: IIC9.COM | Jan 27 2021 05:23:00 | I.C. Systems Inc., Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 10379459 | | EDI: IRS.COM | Jan 27 2021 05:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10379469 | | EDI: VERIZONCOMB.COM | Jan 27 2021 05:23:00 | MCI DP, 22001 Loudoun County Pkwy, Ashburn, VA 20147-6105 |
| 10440923 | | EDI: Q3G.COM | Jan 27 2021 05:23:00 | Quantum3 Group LLC as agent for, Global Trust Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 10379460 | | EDI: ALDEPREV.COM | Jan 27 2021 05:23:00 | State of Alabama Dept of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132-0001 |
| 10379470 | + | EDI: BLUESTEM | Jan 27 2021 05:23:00 | Webbank / Fresh Start, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Michael D. Brock | on behalf of Debtor Tanya C. Copeland bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |

TOTAL: 2

**Van−124** [Order Dismissing Case] (Rev. 09/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  
Tanya C. Copeland  
**SSN:** xxx−xx−3449

**Case No.** 20−00753−DSC13  
**Chapter** 13

**Debtor(s)**

## ORDER DISMISSING CASE

This matter came before the Court on **1/26/2021** for a hearing on the **Trustee's Motion to Dismiss Case.** The Court considered the Trustee's Motion to Dismiss Case, and it appears to the Court that said Motion is due to be **GRANTED**.

It is therefore **ORDERED, ADJUDGED, and DECREED** that:

The **Trustee's Motion to Dismiss Case** is **GRANTED** and this case is **DISMISSED.**

Dated: January 26, 2021

/s/ D. Sims Crawford  
United States Bankruptcy Judge

mwb